for the District of Colorado. Charles M. Campbell, for appellants. Charles H. Toll and Weed Munro, for appellee. Appeal dismissed, with costs, on motion of appellee.

---

SUTHERLAND v. DELAWARE WATER CO. (Circuit Court of Appeals, Sixth Circuit. May 10, 1900.) No. 830. Appeal from the District Court of the United States for the Southern District of Ohio, in Bankruptcy. J. W. Mooney, for appellant. F. M. Mariott, for appellee. Dismissed upon stipulation of counsel.

---

TEXAS & P. RY. CO. v. GLANCY. (Circuit Court of Appeals, Fifth Circuit. January 11, 1899.) No. 720. In Error to the Circuit Court of the United States for the Eastern District of Texas. T. J. Freeman, for plaintiff in error. D. W. Humphreys and W. P. McLean, for defendant in error. Dismissed, on stipulation of counsel, under rule 20 (31 C. C. A. clxii., 90 Fed. clxii.).

---

TOURTE v. VAN NOSTRAND. (Circuit Court of Appeals, Fifth Circuit. February 1, 1899.) No. 737. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. A. E. & Oliver S. Livandais, for plaintiff in error. E. H. Farrar, for defendant in error. Dismissed, on stipulation, pursuant to rule 20 (31 C. C. A. clxii., 90 Fed. clxii.).

---

In re TURNER. (Circuit Court of Appeals, First Circuit. April 20, 1900.) No. 300. G. Philip Wardner, George E. Curry, and Florence F. Sullivan, Jr., for petitioner. Before COLT and PUTNAM, Circuit Judges, and WEBB, District Judge. On motion of the petitioner, the petition is dismissed, without costs.

---

UNITED STATES v. PERALTA (GWINN et al., Interveners). (District Court, N. D. California. May 28, 1900.) No. 100. On Demurrer to New Intervening Petition. Former opinion (99 Fed. 618) reaffirmed. Boyd & Fifield, for petitioner. Frank L. Coombs, U. S. Atty.

HAWLEY, District Judge (orally). The petition of Mary E. H. Gwinn as intervener herein having been heretofore dismissed, without prejudice, a new petition has been filed by her and one Miers F. Truett, asking the court to grant the same relief as was prayed for in the former petition. To this petition a demurrer has been interposed upon the ground, among others in said demurrer specifically mentioned, "that the petition herein does not state facts sufficient to warrant or authorize the court in granting the relief prayed for." The present petition is not subject to the objection made at the former hearing to the form of the pleadings, and that portion of the opinion which discusses that question may be said to be now eliminated from the case, because the present petition does set forth the steps that were taken, and the orders and decrees that were made and rendered, by the district court after the entry of the decree of November 30, 1859 (filed December 1, 1859), and states in detail certain facts concerning the plat of survey of November 25, 1895, made by the surveyor general, upon which the petitioners rely, and the action of the officers of the general land office in regard thereto. It will thus be seen that there are many details in the facts set out in this petition that were not embodied in the former petition. But these additional facts simply present the questions herein involved more clearly and distinctly than before. The legal principles are precisely the same as were presented, discussed, and decided by this court in U. S. v. Peralta, 99 Fed. 618, and the views therein expressed are as applicable to this petition as to the former one. The reasons given by the